

TO:  THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN,

UNITED STATES OF AMERICA, Plaintiff

--Randy J. Chaffee, conditional respondent, a man.

RE: Case No. 18-CV-11559

**F I L E D**

**AUG 2 3 2018**

**CLERK'S OFFICE DETROIT**

1. NOTICE - This document can not be used to create any form of jurisdiction.

2. Notice that no denial below can create a burden of proof upon said Affiant.

3. That this document was written to try and address point for point, chronologically, all claims stated in Plaintiff's Complaint, paragraph by paragraph.

4. Notice - This is a 'Conditional Answer', in affidavit form, only to be in effect upon Plaintiff proving all necessary evidence of jurisdiction.

5. Notice - The term used herein as 'land', or 'property', shall be associated with the stated "1794 McGregor Road", as a land location without the United States, as land not evidenced as a possession or territory of the United States.

6. That Randy Chaffee, hereinafter as 'Affiant', denies being evidenced as a 'resident' in Vanderbilt, Michigan within the jurisdiction of this Court.

7. That Affiant denies the subject property, land, identified, addressed as, 1794 McGregor Road, Vanderbilt, Michigan 49795 is evidenced as being within the jurisdiction of this Court.

8. That Affiant denies the subject property, land, is evidenced as being in land owned by 'The United States of America'.

9. That Affiant denies the subject land, property, as being evidenced as 'in', or 'of', Township of Corwith. County of Otsego. State of Michigan. Affiant is basing this on the fact that the term 'county', and 'state', and possibly 'the states 'Township', is defined as a 'possession or territory of the United States', in the United States 'Stat at Large' written law.

10. That Affiant denies that any evidence exists that Affiant did any business (excavation),or made any income, in any land, city, county, or state, of the United States, in any year.

11. That Affiant denies that any evidence exist, that Affiant had any legal duty, to file any tax-form, associated with the United States.

12. That Affiant denies ever receiving a signed tax assessment from any man, person, or individual, acting as an agent for the United States.

13. That Affiant has requested a 'assessment' from the IRS, or United States, that is compliant to 26 USC 6203, and have not received a single signed assessment for any year.

14. That Affiant has never received a true-bill (signed, verified, sworn) from any agent or officer of the United States for any alleged tax year.

15. That Affiant has always offered to pay any 'true bill' given Affiant by an agent or officer; of the United States, yet always preserving the right to sue/challenge any man of the United States that submits a false bill to Affiant.

16. That Affiant has at all times, demanded that all billings crated by agents, or officers, of the United States be accounted in **'money of account'**\* as is specified in the written law of the United States.

> \***'money of account'**  -Coinage Act of 1792, Act of 2 April 1792, 1 Statutes at Large 246, [246] CHAPTER XVI – An Act establishing a Mint, and regulating the Coins of the United States.  Specifically SECTION 1 of the above referenced act.

17. That Affiant has not been given any evidence, by any agent, or officer, of the United States that Affiant:
i.  is evidenced as a **'taxpayer'**, as the term is defined in United States written law,
ii.  is evidenced as having elected to become a United States **'citizen'**,
iii.  is evidenced as being a **'foreigner'** making income domestically in the United States, as compliant to Department of Treasury - IRS, 1040 U.S. Individual Income Tax Return, with OMB No. 1545 0074, which pursuant to the 'Paper Work Reduction Act',  44 U.S.C. § 3501, applies to the said defined **foreign** persons,
iv.  is evidenced as having any **'contract'** with the United States,
v.  is evidenced as being a **'resident'**, or **'residing'**, in land of the United States.
vi.  is doing business in the United States. (all relationships with the United states is contractual)

18. That Affiant has not been given any evidence that he, as a man, is required by written law, to provide any books, records, or financial information, to the United States or the IRS, absent a court order from a court of competent jurisdiction.

19. That Affiant, as a 'matter of law' has NO association, or contract, or need for revocation, from/with the United States, for all past interaction, by Affiant, was done due to the United States intentional non-disclosure of the true application of Title 26 of the USC. (Of which is subject to the determination of twelve (12) men in an American common law, court of record, as enumerated in the 7th Amendment of the US Constitution, 'Bill of Rights', upon any man that claims otherwise.)

20. That there is no evidence that Affiant fits the United States definition of a 'Defendant' as stated in the caption of the Plaintiffs Complaint.

21. That Affiant has not done any act that is evidence that the captioned US court has personal jurisdiction over Affiant.

22.  Affiant's response to Paragraph 21 of Plaintiff's Claim – That Affiant denies any failure, neglect, or refusal to pay in full the amount of any true-bill, signed assessments, for any tax or penalties, prepared compliant to written law by any IRS agent, for any tax.  Adding that Affiant

2

has always asked, and now asks for a signed assessment from the man, IRS agent, or officer, that claims that Affiant has a duty to file any tax form and/or also claims Affiant has money, tax liability, due and owing to the IRS, or the United States, as provided in 26 USC 6203.

23. That Affiant denies being a 'person' that is evidenced as subject to 26 USC 6321, 6322.

24. That Affiant denies owning any land or property in land of the United States.

25. That Affiant states that Affiant's associations with 'Otsego County Register of Deeds' was **only** to 'file for record' as notice of 'owner' of specific acreage measured land, and was not associated with any contract with OTSEGO COUNTY, or with the STATE OF MICHIGAN, or to convey any presumptive or prima facie evidence, as being land of the UNITED STATES, or of the 'United States of America'.

26. That Affiant has done no act of consent, or act of agreement, that UNITED STATES or the IRS, has authority to file a lien on/against Affiant's land or on/against any property on Affiant's land.

27. That Affiant denies any legal, or contractual duty, associated with any owing of any monies to United States.  Affiant NOW challenges Plaintiff to evidence a sworn statement from any man that claims that Affiant has a legal, or contractual duty, associated with any owing of moneys to United States, or duty to file any form with the same.

28. That Affiant now claims a lien on the subject land and all property in the subject land, as identified by Plaintiff as – 1794 McGregor Road, in the amount of <u>1260</u> ounces of gold, which is equivalent to $<u>1,492,531.20</u> in United States territorial jurisdiction.

29. Affiant, as a man, reserves his right, to pay any money, any billings, owed to the United States in the form of 'money of account' as defined by United States written law.

30. That Affiant NOW challenges RICHARD E. ZUCKERMAN to evidence that he has authority to apply United States written law upon land that is not of United States.

31. That Affiant NOW challenges RICHARD E. ZUCKERMAN to evidence that he has authority to act as a licensed <u>attorney</u> and apply UNITED STATES written law upon a man of **unalienable rights** *, as a man of one of the independent states united of America, as Affiant is evidenced as such a man.

> ***unalienable rights*** *"That all men are by nature equally free and independent and have certain inherent rights, of which, when they enter into a state of society, they cannot by any compact, deprive or divest their posterity; namely the enjoyment of life and liberty, with the means of acquiring and possessing property, and pursuing and obtaining happiness and safety."*

32. That Affiant NOW challenges PINGPING ZHANG to evidence that he has authority to act as a licensed <u>attorney</u> and apply UNITED STATES written law upon a man of **unalienable**

**rights** *, as a man of one of the independent states united of America, as Affiant is evidenced as such a man.

> ***unalienable rights*** *"That all men are by nature equally free and independent and have certain inherent rights, of which, when they enter into a state of society, they cannot by any compact, deprive or divest their posterity; namely the enjoyment of life and liberty, with the means of acquiring and possessing property, and pursuing and obtaining happiness and safety."*

33. That Affiant has emailed a copy of this signed document to PINGPING ZHANG at Pingping.Zhang@usdoj.gov. on the date of August 20, 2018

34. That Affiant has mailed a copy of this document, as an 'original signed document', to the captioned court clerk at United States District Court for the Eastern District of Michigan, Clerk's Office, P.O. Box 913, Bay City, MI 48707, and a 'copy' of the same to PINGPING ZHANG at Trial Attorney, Tax Division, U.S. Department of Justice, P.O. Box 55, Washignton D.C.20044, on the date of August 20, 2018.

35. That Affiant, as untrained in written laws of United States, and United States court procedures, here-now, denies all claims, allegations by Plaintiff, as associated with this case.

36. I, Randy J. Chaffee, declare under penalty of perjury under the laws of the United States of America that the foregoing Affidavit is true and correct.  Executed on the 20th day of the 8th month of 2018.  Jurat:  As sworn to before the below signed Notary this 20th day of the 8th month of 2018.  I, Randy J. Chaffee, solemnly swear that the contents of the above mailed Affidavit as subscribed is correct and true.

Affiant - Randy J. Chaffee

State of Michigan
County of CHEBOYGAN

37. Personally appeared before me the undersigned, an officer authorized to administer oaths, Randy J. Chaffee, with valid identification, and/or personally known to me, who first being duly sworn, deposes and says the foregoing 4 page instrument was subscribed and sworn before me this 20 day of August month of 2018.

Notary

Laura Scillion - Notary Public
Cheboygan County, MI
My Commission Expires: 2-11-2020
Acting in Cheboygan County MI

4

$ 004.660

UNITED STATES POSTAGE
PITNEY BOWES
02 1P
0001942516  AUG 20 2018
MAILED FROM ZIP CODE 49795

RECEIVED
AUG 24 2018
CLERK'S OFFICE
U.S. DISTRICT COURT

U.S. MARSHALS

RECEIVED
AUG 23 2018
THOMAS L. LUDINGTON
U.S. DISTRICT JUDGE

CERTIFIED MAIL

7006 2150 0004 5288 8363

Randy Chaffee
% 1794 McGregor Road
Vanderbilt, Michigan

United States District Court
For The Eastern District of Michigan

Clerk's Office

P.O. Box 913

Bay City,  MI  48707

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE