TO: THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA, Plaintiff

--

Randy J. Chaffee, conditional respondent, a man.

RE: Case No. 18-CV-11559



1. NOTICE - This document can not be used to create any form of jurisdiction.

RE: Personal Jurisdiction Challenge.

2. Governing Law-"A corporation or individual not physically present in a state may invoke personal jurisdiction by making a single contact with the state by telephone, mail, or facsimile transmission." In Hanson v. Denckla, 357 U.S. 235, 78 S. Ct. 1228, 2 L. Ed. 2d 1283(1958). Personal jurisdiction in the federal courts is governed by rule 4 of the Federal Rules of Civil Procedure.

3.   This challenge is requested with '**no oral arguments**'. Due to the distance I live from the captioned Court and my lack of resources I can not attend this hearing and wish it to be called up by the court administrator and answered/evidenced in writing by the Plaintiff.

4.   That I am not an attorney and have no resources to gain the aid of an attorney and required statutes if any. This document is not to be construed as a motion. As such courts aid is required in 'United States v. CIA'.

5. Court is to take judicial notice of the evidenced law herein below.

-Supporting Evidence of Law:
"A plaintiff must plead and prove the jurisdictional facts, the facts which show that the court has jurisdiction of the subject matter of the action." Paulsen v. Paulsen, 658 N.W.2d 49, Neb.App.,2003

"Once jurisdiction is challenged, the party cannot proceed when it clearly appears that the court lacks jurisdiction, the court has no authority to reach merits, but rather, should dismiss the action." Melo v. US 505 F2d 1026

"Complaint must charge all that is essential to constitute offense." Smith v. State, 21 Neb. 552, 32 N.W. 594 (1887).   Personal, and specific territorial, jurisdiction must be

charged and evidence when challenged. (What evidence does the moving party (not the judge) possess, for the record, that I said, did (contact), or signed (contract) to become a 'person' subject to the US court.)

    I, Randy J. Chaffee, **now**, challenge the Plaintiff to prove/evidence, in writing, on/in the official record, fact evidence of personal jurisdiction over me, as to what I said, did (contact), or signed (contract) to become a 'person' subject to this US court, as a man that has not elected to become a U.S. Citizen, or to contract with the same.

    **Therefore**, upon the Plaintiff's failure to evidence personal jurisdiction, as challenged, the court has a duty to dismiss, on its own initiative, for its lack of evidenced personal jurisdiction which creates a general jurisdiction want of jurisdiction. This case must be dismissed, as a matter of law, forthwith.

DATE: 09-24-2018

                                                     Randy J. Chaffee, a man
                                                        1794 McGregor Road
                                                 Vanderbilt, Michigan [49795]
                                                   Without the United States
                                                         989-350-3677

                                – Affidavit –

1. That I, Randy J. Chaffee, as Affiant hereinafter, states as follows:
2. That Affiant has no evidence that Affiant has elected to become a United States citizen.
3. That Affiant does not reside, or is a resident, in land of the United States.
4. That Affiant has no contract with the United States.
5. That the location identified as '1794 McGregor Road, Vanderbilt, Michigan', is not evidenced as being land of the United States, or land owned by 'The United States of America'.
6. That Affiant does not consent to any ordinances or statutes, of the United States, State of Michigan, that is applied in land not evidenced as land that is within the scope of territorial jurisdiction of the United States.
7. That Affiant will challenge territorial jurisdiction if needed.
8. That Affiant retains Paul John Hansen, as 6th Amendment counsel (Bill of Rights) U.S. Const. SEE – freeinhabitant.info.
9. That no evidence exists that any BAR Attorney License operates in land that is not evidenced as owned by 'The United States of America'.
10. That Affiant only pays in billings, taxes, judgments, associated with U.S. Courts in 'money of account' as defined in U.S. Stat at Large.

I, Randy J. Chaffee, declare under penalty of perjury under the laws of the United States of America that the foregoing Affidavit is true and correct. Executed on 24th day of the 9th month of 2018, consisting of 1 page. Jurat: As <u>sworn</u> to before the below signed Notary. Oath: I, Randy J. Chaffee, solemnly <u>swear</u> that the contents of the above Affidavit as subscribed is correct and true.

Affiant – Randy J. Chaffee

State of Michigan        ) ss.
County of Cheboygan  )

Personally appeared before me the undersigned, an officer authorized to administer oaths, Randy J. Chaffee, with valid identification, and/or personally known to me, who first being duly sworn, deposes and says that the forgoing one page instrument was subscribed and sworn before me, this 24th day of September 2018.

Laura Scillion 9/24/2018
Notary

Laura Scillion - Notary Public
Cheboygan County, MI
My Commission Expires: 7-11-2020
Acting in: Cheboygan County MI.

Evidence of Law: MORRIS V NATIONAL CASH REGISTER, & GROUP V FINLETTER Defendant is likely to be the only individual, now or in the future, who is willing and able to place a <u>sworn</u> affidavit affirming the herein disclosed facts under penalties of perjury, into the record of this case and as such, in absence of sworn counter-affidavit signed under the penalties of perjury regarding these same facts, laws, case law and evidence, Defendant should be the only prevailing party. Morris v National Cash Register, 44 S.W. 2D 433, clearly states at point #4 that "uncontested allegations in affidavit must be accepted as true.", and the Federal case of Group v Finletter, 108 F. Supp. 327 states, "Allegations in affidavit in support of motion must be considered as true in absence of counter-affidavit."

Certificate of Service / Delivery

I, Randy J. Chaffee conditional respondent, a man, hereby certify that on the 24th day of September 2018, that a copy of the above Personal Jurisdiction Challenge, and this Certificate of Service / Delivery was mailed, or emailed, to the following:
Clerk of the Court, UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN, 1000 Washington Ave, P.O. Box 913, Bay City, Michigan 48707 (U.S. Mail)
Pingping Zhang   Pingping.Zhang@usdoj.gov  (email)

Randy J. Chaffee

3

Rudy Chaffee
1794 McGr
Vanderbilt, 1

Case # 18-CV-11559

U.S. MARSHALS

Clerk of the Court
UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
1000 Washington Ave
P.O. Box 913
Bay City, Michigan 48707

9-24-18

RECEIVED
SEP 27 2018
U.S. DISTRICT COURT
BAY CITY, MICHIGAN

U.S. POSTAGE PAID
PCM WOLVERINE, MI
48707
$1.00
R2304M112514-06