IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RANDY J. CHAFFEE, )<br>STATE OF MICHIGAN, and )<br>OTSEGO COUNTY, )<br>)<br>Defendants. )<br>_____ ) | Case No. 18-CV-11559<br><br>Judge Thomas L. Ludington<br><br>Magistrate Judge Patricia T. Morris |

**MOTION FOR STAY OF PRE-TRIAL DEADLINES
IN LIGHT OF LAPSE OF APPROPRIATIONS**

The United States of America hereby moves for a stay of the pre-trial deadlines in the above captioned case.

1. At the end of the day on December 21, 2018, the appropriations act that had been funding the U.S. Department of Justice ("Department of Justice") expired and appropriations to the Department of Justice lapsed. The Department of Justice does not know when funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. The pending pre-trial deadlines in the above captioned case are as

follows:

>Motions to Join Parties: February 1, 2019
>Motion to Amend Pleadings: February 1, 2019
>Discovery Cutoff: March 27, 2019
>Dispositive Motion Deadline: April 26, 2019

4. Undersigned counsel therefore requests a stay of the above pre-trial deadlines until Congress has restored appropriations to the Department of Justice.

5. If this motion is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department of Justice. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations.

6. Randy Chaffee, State of Michigan, and Otsego County do not oppose the government's motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of the pre-trial deadlines in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

>RICHARD E. ZUCKERMAN
>Principal Deputy Assistant Attorney General
>Tax Division, U.S. Department of Justice
>
>*/s/ Pingping Zhang*
>PINGPING ZHANG (NY)
>Trial Attorney, Tax Division
>U.S. Department of Justice

        P.O. Box 55
        Washington, D.C. 20044
        Tel: 202-305-2165
        Pingping.Zhang@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on January 8, 2019, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to its participants.

I certify that on the same date, I mailed the foregoing document to Mr. Randy Chaffee via U.S. First Class Mail to:

> Randy J. Chaffee
> 1794 McGregor Road
> Vanderbilt, MI 49795

>> */s/ Pingping Zhang*
>> PINGPING ZHANG
>> Trial Attorney, Tax Division
>> U.S. Department of Justice